IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| SEARCH WARRANT ) | No. 06- 19 M |
| ) | |

## MOTION TO SEAL

The United States moves to seal the entire file until such time as the search warrant is executed. Any disclosure of any information relating to the search warrant would jeopardize the successful execution of the warrant.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: February 6, 2006

**IT IS SO ORDERED** this 7th day of Feb, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court

FILED
FEB 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE