AO 93 (Rev. 5/85)  Search Warrant

# United States District Court

DISTRICT OF __DELAWARE__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Clayton, Delaware, described more particularly on Attachment A

**SEARCH WARRANT**

CASE NUMBER: 06-19 M

**REDACTED**

TO: __Jason C. Rundell__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Jason C. Rundell__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

▓▓▓▓▓▓, Clayton, Delaware, described more particularly on Attachment A

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

the items listed in Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 15, 2006__
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __[illegible signature]__
                                                                        U.S. Judge or Magistrate
as required by law.

__February 6, 2006__                         at   __Wilmington, Delaware__
Date and Time Issued                              City and State

__Honorable Gregory M. Sleet__
__United States District Court__                  __[signature]__
Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| February 7, 2006 | February 8, 2006 @ approx. 7:15 AM | Rosie Perkins |

INVENTORY MADE IN THE PRESENCE OF Special Agent Robert Deibert

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment "A" "C" JCH 2/9/06

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____   2/9/06
U.S. Judge or Magistrate     Date

U.S. District Court, District of Delaware
Case # 06-19M

Attachment A C  2/9/06

Items seized during the execution of search warrant on February 8, 2006, at ▮▮▮▮▮▮▮▮▮, Clayton, Delaware.

| Inventory No. | General Description |
|---|---|
| 3-1 | Two (2) manila folders containing Amalgamated Transit Union, Local 842 (LU 842) business records. |
| 3-1 | Grand America hotel invoice dated 10/01/03 for Jackie Herbert, Delaware Transit Corporation. |
| 20-1 | ATU 842 certificates, expense receipts, member pay stubs |
| 20-2 | Yellow note pads of handwritten notes from union meetings, contract negotiation documentation |
| 20-3 | Expense receipts, Citizens Bank savings account records, audit report, American Express account documents, union meeting minutes |
| 20-4 | Mellon Bank debit notice, 3-page fax/copy of check #021630. |
| 20-5 | Union meeting minutes, expense report for LU 842 |
| 20-6 | Receipt for Quicken Books, receipt for Sam's Club computer purchases |
| 20-7 | Pension fund- Wilmington Trust |
| 20-8 | Planner for years 2000, 2003-2005, Convention expenses, Quicken Books software documents, binder with computer notes, gas bill, Citizens Bank statements, Dues/Lost Time, expense reports. |
| 20-9 | Expense receipts, Commerce Bank account records, W-2's, Union dues membership ledger, handwritten records of deposits. |
| 20-10 | Checking account ledger for Citizen's Bank account. |

## ATTACHMENT A – HERBERT PREMISES

The premises known as the residence of Jackie E. Herbert Sr. is a single story, double-wide, modular home located on a 25-acre land parcel at ▓▓▓▓▓▓▓▓▓▓ Clayton, Delaware. On this land parcel, owned by Jackie Herbert, are two residences, one residence has a mailbox on ▓▓▓▓▓▓▓ which is marked with the number ▓▓▓. The residence that Jackie Herbert occupies is set back approximately 200 yards from ▓▓▓▓▓▓▓ is accessed from ▓▓▓▓▓▓▓ via a dirt driveway. The premises include any locked and unlocked safes, cabinets, closets, desks and other closed containers within.

10

## ATTACHMENT B

For the period of 2001 through present, the following records and files in the name of, or on the behalf of Amalgamated Transit Union, Local 842:

1. Expense vouchers and supporting documentation;

2. Checking account and savings account records with Citizens Bank;

3. Checks representing the payment of dues by union members;

4. All records demonstrating that Jackie E. Herbert was an officer of ATU 842 and transacted business on its account; and

5. Indicia of occupancy for the premises to be searched.

11